# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SUSAN GAREY**, ) | Case No.: 2:22-cv-02732 |
| ) | |
| Plaintiff, ) | Judge Edmund A. Sargus Jr. |
| ) | |
| v. ) | Magistrate Judge Kimberly A. Jolson |
| ) | |
| **CARDINAL HEALTH, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Susan Garey and Defendants Cardinal Health, Inc. and One Cloverleaf LLC (collectively, "the Parties"), through counsel, hereby stipulate that the above-captioned action is dismissed in its entirety, with prejudice. Each party to bear his or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/Trisha M. Breedlove | /s/ Caroline M. DiMauro |
| Trisha M. Breedlove (0095852) | Caroline M. DiMauro (0071045) |
| Gregory T. Shumaker (0095552) | Trial Attorney |
| **SPITZ, THE EMPLOYEE'S LAW FIRM** | JACKSON LEWIS P.C. |
| 1103 Schrock Road, Suite 307 | PNC Center, 26th Floor |
| Columbus, Ohio 43229 | 201 E. Fifth Street |
| Phone: (614) 683-7331 | Cincinnati, OH  45202 |
| Fax: (216) 291-5744 | Telephone: (513) 898-0050 |
| trisha.breedlove@spitzlawfirm.com | Facsimile: (513) 898-0051 |
| Greg.Shumaker@spitzlawfirm.com | Caroline.DiMauro@jacksonlewis.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 6, 2023, a copy of the foregoing was electronically filed with the Court's Case Management and Electronic Case Filing (CM/ECF) system, which will send notice to the following counsel of record:

Caroline M. DiMauro
JACKSON LEWIS P.C.
PNC Center, 26th Floor
201 E. Fifth Street
Cincinnati, OH  45202
Telephone: (513) 898-0050
Facsimile: (513) 898-0051
Caroline.DiMauro@jacksonlewis.com

*Counsel for Defendants*

                */s/Trisha M. Breedlove*_____
                Trisha M. Breedlove (0095852

4872-1493-6664, v. 1